**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                                   **ORDER**
                                                      **Criminal No. 04-496 (MJD/RLE)**

**WALTER PIWOWAR (1),**

       **Defendant**.

_____

Richard Newberry, Assistant United States Attorney, Counsel for Plaintiff.

Scott Tilsen, Federal Public Defender, Counsel for Defendant.

_____

      The Court has severed Counts 1 and 2 of the Superceding Indictment from the rest of the counts in the Superceding Indictment. Counts 3 through 6 will be tried to a jury beginning November 29, 2005.

      The following is a briefing schedule for discovery issues related to Counts 1 and 2 of the Superceding Indictment:

      1.    The Parties have until December 29, 2005 at 12:00 noon to complete discovery;

      2.    Defendant must file any motions and supporting memoranda of law on or before January 12, 2006 at 12:00 noon;

3. The Government must file any opposition to Defendant's motions and any supporting memoranda of law by January 19, 2006 at 12:00 noon; and

4. Oral argument on motions is scheduled for 9:00 a.m. on February 2, 2006 in Courtroom 14E.

Dated: November 29, 2005

s / Michael J. Davis
Michael J. Davis
United States District Court