UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-496 (MJD/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WALTER PIWOWAR, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the application of the defendant and for good cause shown, time for filing of any motions pursuant to Rule 29 or 33 of the Federal Rules of Criminal Procedure, the time for filing of any motions under either rule is extended to and included January 12, 2006.

Dated: December 6, 2005        s / Michael J. Davis
                               Michael J. Davis
                               United States District Judge