```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                Criminal No.: 04-496 (MJD/RLE)


UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )     ORDER OF DISMISSAL
v.                               )
                                 )
WALTER PIWOWAR,                  )
                                 )
          Defendant.             )
```

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and Counts 1 and 2 of the Indictment against the above-named defendant are dismissed without prejudice and consistent with the stipulation of parties.


Dated: _January 30, 2006    __s/Michael J. Davis_____
                              Michael J. Davis
                              United States District Court Judge