UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                     ORDER
                                       Criminal File No. 04-496 (MJD/RLE)


(1) WALTER PIWOWAR,
true name
WALTER PIWOWAR, JR.,

       Defendant.
_____

Richard Newberry, Assistant United States Attorney, Counsel for Plaintiff.

Scott Tilsen, Office of the Federal Defender, Counsel for Defendant.
_____

     Defendant Walter Piwowar was found guilty by a jury on Counts Four, Five, and Six of the Superceding Indictment.  For sentencing purposes, Count Six merges with Count Five.


Dated:   September 18, 2006

                                          __s/Michael J. Davis____
                                          Judge Michael J. Davis
                                          United States District Court